IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **CHRISTOPHER CARLSON,** § | |
| § | |
| *Plaintiff,* § | **CASE NO. 1:25-CV-00920-ADA-ML** |
| § | |
| v. § | |
| § | |
| **CRH AMERICAS MATERIALS, INC.,** § | |
| § | |
| *Defendant.* § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane (Dkt. 17). The report recommends that this Court GRANT Defendant's Motion to Dismiss (Dkt. 5) and DISMISS WITHOUT PREJUDICE Plaintiff's claim of defamation. The report further recommends that this Court GRANT Plaintiff's Motion to Amend Complaint (Dkt. 18). The report was filed on November 6, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 17) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Dkt. 5) is hereby GRANTED and Plaintiff's claim of defamation is DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend Complaint (Dkt. 18) is GRANTED.

**SIGNED** this 10th day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE