**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Christopher Carlson,** *Plaintiff,* | § § § § | |
| ***v.*** | § § | **CASE NO. 1:25-CV-920-ADA-ML** |
| **CRH Americas Materials, Inc.,** *Defendant.* | § § § § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. Dkt. 29. Judge Lane recommends that this Court **GRANT** Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 23) and that Plaintiff's claim of defamation per se be **DISMISSED WITH PREJUDICE.** *Id.* at 13. The report was filed on March 31, 2026. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on April 14, 2026. Dkt. 30. Defendants filed a response to Plaintiff's objections on April 28, 2026. Dkt. 31. The Court has conducted *de novo* review of the Report and Recommendation (Dkt. 29), Plaintiff's objections (Dkt. 30), Defendants' Response (Dkt. 31), and the applicable facts and laws. After that thorough review, the Court is persuaded

that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (Dkt. 29) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Dkt. 30) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 23) is hereby **GRANTED.** Plaintiff's claim is hereby **DISMISSED WITH PREJUDICE.**

The clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 12th day of May, 2026.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE